NUMBER 13-01-437-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG 
___________________________________________________________________

GUADALUPE CANTU AND ALONZO CANTU 
CONSTRUCTION, INC.,                                                    Appellants,

v.

ALICIA MOLINA, ET AL.,                                                   Appellees.
___________________________________________________________________

On appeal from the 275th District Court
of Hidalgo County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Dorsey



Memorandum Opinion Per Curiam

         Appellants, GUADALUPE CANTU AND ALONZO CANTU CONSTRUCTION, INC.,
perfected an appeal from a judgment entered by the 275th District Court of Hidalgo
County, Texas, in cause number C-2028-95-E. After the record and briefs were filed
and after the cause was submitted to the Court, the parties filed a joint motion to
dismiss the appeal. In the motion, the parties state that they have reached a
confidential settlement pertaining to the issues of this appeal. In accordance with the
settlement agreement, the parties request that this Court dismiss the appeal and tax
the costs of the appeal against the party incurring same. 
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 26th day of May, 2005.